UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| PIERRE GIORDANI, | x<br>:<br>: | STIPULATION AND<br>ORDER OF DISMISSAL |
| Plaintiff, | :<br>: |  |
| -against- | :<br>: | 09 CV 0027(RRM)(SMG) |
| METROPOLITAN TRASPORTATION AUTHORITY,<br>METROPOLITAN TRANSPORTATION AUTHORITY<br>POLICE OFFICER LEYLAND CROCILLA,<br>Tax # 86673, METROPOLITAN TRANSPORTATION<br>AUTHORITY POLICE OFFICER TODD WENDEL, | :<br>:<br>:<br>:<br>: |  |
| Defendants. | :<br>x |  |

-----------------------------------------------------------------------------

**IT IS HEREBY STIPULATED** by and between the undersigned counsel that, pursuant to

FRCP 41(a)(1), the above-captioned action shall be dismissed in its entirety, with prejudice, with no

award of attorney's fees, costs or disbursements by the Court to any party.

Dated:        December 7
        November    , 2009


Richard Cardinale
Attorneys for Plaintiff

By: _____
    Richard Cardinale
26 Court Street, Suite 1815
Brooklyn, NY 10007

CATHERINE A. RINALDI, ESQ.
Vice President/General Counsel & Secretary
Attorney for Defendants

By: _____
      Kevin McCaffrey
The Long Island Rail Road Company
Law Department - 1143
Jamaica Station
Jamaica, New York 11435


SO ORDERED
Dated:        Brooklyn  New York
        December   , 2009


_____
HONORABLE ROSLYNN R. MAUSKOPF
United States District Judge